UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:       21-CV-5260 (JMF)
SHERLAINE CAMPBELL-ALLEN,           :
              Plaintiff,    :       MEDIATION REFERRAL
:       ORDER FOR *PRO SE*
    v.                                  :       EMPLOYMENT
:       DISCRIMINATION CASES
CBRE RICHARD ELLIS,                 :
              Defendant.    :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS ORDERED that this *pro se* case is referred for mediation to the Court's Alternative Dispute Resolution program of mediation. Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith. Unless otherwise ordered, the mediation will have no effect upon any scheduling Order issued by this Court, and all parties are obligated to continue to litigate the case.

       IT IS FURTHER ORDERED that the Clerk of Court shall attempt to locate *pro bono* counsel to represent the plaintiff at the mediation. *Pro bono* counsel will contact Plaintiff directly.[1] The time to assign a mediator under Local Rule 83.9(f) shall be deferred until *pro bono* counsel has filed a Notice of Limited Appearance of *Pro Bono* Counsel. If located, *Pro Bono* Counsel will represent the plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

---

[1] Because volunteer attorneys are a scarce resource, *pro se* litigants are not entitled to their choice of *pro bono* counsel. *Cf. Cooper v. Sargenti*, 877 F.2d 170, 172-73 (2d Cir. 1989). If Plaintiff chooses not to work with the volunteer attorney or law-school clinic that reaches out to Plaintiff, Plaintiff's options are to obtain counsel on his or her own or proceed *pro se* in all aspects of this matter including mediation.

IT IS FURTHER ORDERED that any objection by the plaintiff to either the mediation or to the appointment of *pro bono* counsel to represent the plaintiff in the mediation must be filed within 14 days of this Order.  In the event the plaintiff files such an objection, the referral to mediation is vacated, and this case will not proceed to mediation.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff, who is proceeding without counsel, and to update the docket to reflect Defendant's name as stated in the above caption.

SO ORDERED.

Dated: June 21, 2021
      New York, New York

                                                 JESSE M. FURMAN
                                            United States District Judge